IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| WYLIE | : | 02-3872 |
| JACOBS, et al. | : | 02-3931 |
| MORRIS | : | 02-3968 |
| VARGAS, et al. | : | 02-4172 |
| WALSH, et al. | : | 02-4181 |
| WASLH, et al. | : | 02-4183 |
| BRUNO | : | 02-4232 |
| BURNETT, et al. | : | 02-4236 |
| ANCTIL | : | 02-4285 |
| FISHER, et al. | : | 02-4293 |
| ASHCRAFT | : | 02-4297 |
| CHARBONEAU | : | 02-4308 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this      day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]  -  Order staying these proceedings pending disposition of a related action.

    [   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [   ]  -  Interlocutory appeal filed.

    [ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

       **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Legrome D. Davis, Judge**